# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 17-23333-CIV-MARTINEZ-OTAZO-REYES

JANE DOE

    Plaintiff,

vs.

JOHN ROE

    Defendant.

_____/

## DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

I, Jane Doe, hereby declare and state as follows:

1. I am the Plaintiff in this action. I am over the age of eighteen and have personal knowledge of each and every fact stated in this declaration, except as to those facts to which I am informed and believe, where I have indicated as such. If called to testify, I could testify competently thereto.

2. I first met Defendant John Roe in 1993. Shortly thereafter we began a nine-year relationship. During the course of our relationship Defendant was married to his wife. Due to his marriage we were forced to keep our relationship a secret.

3. Over the course of those years, despite the fact that Defendant was married, we discussed having a child of our own and starting a family. In 2002, our daughter, Child X was born.

4. Defendant wanted to keep our daughter secret. He offered me a contract whereby he would provide financial support for Child X and include her in his inheritance if I raised Child X and hid the truth of her paternity.

5. For the last fifteen years I have raised Child X as a single mother. In order to maintain my end of the deal and ensure that Defendant provided child support, I have been forced to lie to my daughter about her father. She does not know that Defendant is her father. She does not know that her father has been paying to keep her existence secret.

6. I believe that if my daughter were to learn of her father's existence and identity through this court proceeding it would have a lasting damaging effect on her. Child X is smart, talented, loving, and sweet. She has a very bright future. That said, she is still just a child and I do not believe she is emotionally capable to learn the truth of her paternity at this key stage in her life.

7. In order to protect our daughter I filed this suit anonymously and named Defendant anonymously. Defendant is well aware of my identity. We have been entangled in our secret relationship and our daughter for the last twenty-four years. Additionally, these claims were originally brought in California State Court and Defendant and I agreed that suit would be brought in this judicial district.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States. Executed this 13th day of October 2017, in Los Angeles, California.

_Jane Doe_
Plaintiff proceeding anonymously as
JANE DOE