UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  17-23333-CIV-MARTINEZ/OTAZO-REYES

JANE DOE,

    Plaintiff,

v.

JOHN ROE,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation Defendant John Roe's Bill of Costs, (ECF No. 253), and Verified Motion for Costs, (ECF No. 261), (collectively, "Motion for Costs"). Magistrate Judge Otazo-Reyes filed a Report and Recommendation recommending that the Motion for Costs be granted in part and denied in part, and that Defendant be awarded $10,264.26 in taxable costs.  (ECF No. 267).  The Court has reviewed the entire file and record, and notes that no objections have been filed.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation (ECF No. 267) is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

**ADJUDGED** that Defendant's Motion for Costs (ECF Nos. 253, 261) is **GRANTED in part** and **DENIED in part**.  Defendant shall be awarded **$10,264.26** in taxable costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of August, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record